JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Christian Eyler and Margaret Eyler

## DEFENDANTS

Sotherly Hotels, Inc.

**(b)** County of Residence of First Listed Plaintiff    Fort Myers, FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Williamsburg, Virginia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Donald B. Hoyt, Esquire, MPL LAW FIRM LLP
96 South George Street, Suite 520, York, PA 17401
(717) 845-1524

Attorneys *(If Known)*
Claire B. Ventola, Esquire - Marshall Dennehey
2000 Market St., Ste. 2300 , Philadelphia, PA  19103
(215) 575-2789

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | **PERSONAL INJURY** [ ] 365 Personal Injury - Product Liability [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** [ ] 820 Copyrights [ ] 830 Patent [ ] 835 Patent - Abbreviated New Drug Application [ ] 840 Trademark | [ ] 410 Antitrust [ ] 430 Banks and Banking [ ] 450 Commerce [ ] 460 Deportation [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | | | | |
| [ ] 151 Medicare Act | | | | |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 330 Federal Employers' Liability [ ] 340 Marine [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **LABOR** | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle [ ] 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** [ ] 370 Other Fraud [ ] 371 Truth in Lending [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act [ ] 720 Labor/Management Relations | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | | | | **SOCIAL SECURITY** [ ] 861 HIA (1395ff) |
| [ ] 195 Contract Product Liability | [x] 360 Other Personal Injury | | [ ] 740 Railway Labor Act | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | **IMMIGRATION** [ ] 462 Naturalization Application | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332, 1441, 1446

Brief description of cause:
Florida Plaintiff filed suit against foreign Defendant, alleging personal injury at a Philadelphia hotel.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE    Honorable Denis Cohen

DOCKET NUMBER    Docket No. 00749, Dec Term, 2024

DATE
4/9/2025

SIGNATURE OF ATTORNEY OF RECORD
*Claire B. Ventola*

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: <u>Nature of Suit Code Descriptions.</u>

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

41549.00130.0D96

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN EYLER and MARGARET EYLER | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. |
| SOTHERLY HOTELS, INC. | : | |
| Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| CHRISTIAN EYLER and MARGARET EYLER | : | COURT OF COMMON PLEAS |
| Plaintiffs, | : | PHILADELPHIA COUNTY |
| | : | |
| | : | DECEMBER TERM, 2024 |
| | : | |
| v. | : | NO. 00749 |
| | : | |
| SOTHERLY HOTELS, INC., et al. | : | |
| Defendants. | : | |

### NOTICE OF REMOVAL

To:   Donald B. Hoyt, Esquire        PAUL D. BEKMAN
      MPL LAW FIRM LLP               Bekman, Marder, Hopper, Malarkey & Perlin, LLC
      96 South George Street,        1829 Reisterstown Road, Suite 200
      Suite 520                      Baltimore, Maryland 21208
      York, PA 17401                 bekman@mdtrialfirm.com
      dhovt@,mpl-law.com             *Pro Hac Vice*
      *Attorney for Plaintiffs*      *Attorney for Plaintiffs*

PLEASE TAKE NOTICE that in the lawsuit *Christian Eyler and Margaret Eyler v. Sotherly Hotels, Inc., et al*., December Term, 2024, No. 00749, in the Court of Common Pleas of Philadelphia County, Pennsylvania, has filed a Notice of Removal of said action to the United States District Court for the Eastern District of Pennsylvania, on the 9th day of April, 2025.

**MARSHALL DENNEHEY P.C.**

BY: _____

DATE: 4/9/2025

Claire B. Ventola, Esquire
Attorney for Defendant,
Sotherly Hotels, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: _Hilton Philadelphia Airport located at 4509 Island Avenue, Philadelphia PA 19153_

---

***RELATED CASE IF ANY:*** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit?                                                                Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?          Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?    Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?    Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply?                    Yes ☐
   If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

***A.*** ***Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief  **\*see certification below\***
- ☐ 16. All Other Federal Question Cases. *(Please specify)*:_____

***B.*** ***Diversity Jurisdiction Cases:***

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☒ 6. Other Personal Injury *(Please specify)*:_Premises Liability_
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases:  *(Please specify)*_____
  _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☐ **does not** have implications beyond the parties before the court and ☐ **does** / ☐ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or a federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

10/2024

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Hilton Philadelphia Airport located at 4509 Island Avenue, Philadelphia PA 19153

---

***RELATED CASE IF ANY:*** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit?  Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?  Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?  Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?  Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation.  Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A. Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief  **\*see certification below\***
☐ 16. All Other Federal Question Cases. *(Please specify)*:_____

*B. Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☒ 6. Other Personal Injury *(Please specify)*: Premises Liability
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*_____
_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☐ **does not** have implications beyond the parties before the court and ☐ **does** / ☐ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

41549.00130.0D96

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN EYLER and MARGARET EYLER | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. |
| SOTHERLY HOTELS, INC. | : | |
| Defendant. | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| CHRISTIAN EYLER and MARGARET EYLER | : | COURT OF COMMON PLEAS |
| Plaintiffs, | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | DECEMBER TERM, 2024 |
| | : | |
| SOTHERLY HOTELS, INC. | : | No.    00749 |
| Defendant. | : | |
| | : | |

## PETITION FOR REMOVAL

Defendant, Sotherly Hotels, Inc., through its attorneys, Marshall Dennehey, P.C., hereby files this Petition for Removal of this Civil Action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(e) and in support thereof states the following:

1. On December 5, 2024, Plaintiffs filed a Writ of Summons in Philadelphia Court of Common Pleas against Defendants, Doubletree by Hilton Philadelphia Airport, Sotherly Hotels, Inc., Chesapeake Hospitality IV, LLC, Remington Hospitality, Ashford Inc., MHI Hospitality TRS, LLC and Donald Bradley, which tolls the statute of limitations. A true and correct copy of the Writ of Summons is attached hereto and identified as Exhibit A.

2.    On January 30, 2025, Defendant Sotherly Hotels, Inc. filed a Praecipe for Rule to File Complaint. A true and correct copy of the Praecipe is attached hereto and identified as Exhibit B.

3.    On March 21, 2025, Plaintiffs, Christian Eyler and Margaret Eyler, commenced a Civil Action only against Defendant Sotherly Hotels, Inc. by filing a Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania, at Docket Number 00749, December Term, 2024. A true and correct copy of the Complaint is attached hereto and identified as Exhibit C.

4.    The Court automatically scheduled a Case Management Conference on April 11, 2025.

5.    As of the filing of this Notice of Removal, no further proceedings have taken place.

6.    This Notice of Removal is timely and in accordance with 28 U.S.C. §§ 1441 and 1446(b)(1).

7.    Pursuant to the requirements of 28 U.S.C. § 1446(a), a copy of our process, pleadings and orders served upon Defendant are attached hereto.

8.    The Complaint states that Plaintiffs, Christian Eyler and Margaret Eyler, reside at 11831 South  South Bayport Lane, Unit 603 in Fort Myers, FL 33908. See Exhibit A at ¶ 1.

9.    Defendant, Sotherly Hotels, Inc., is a Maryland Corporation with its principal place of business located at 306 South Henry Street, Suite 100 in Williamsburg, VA 23185. See Exhibit A at ¶ 2 and case caption.

10.    Upon information and belief, there is complete diversity between the parties.

11.    In the Complaint, the Plaintiffs allege Christian Eyler was injured when he slipped and fell in the bathroom in his hotel room due to water coming through the ceiling. See Exhibit A at ¶ 9.

12.    As a result, the Plaintiffs alleged that Mr. Eyler suffered "serious, painful and permanent injuries to his person, including his back, neck, both hips, right shoulder, right wrist, right knee and right thumb, severe shock to his nerves and nervous system, great mental and emotional suffering and anguish, and other injuries." <u>See</u> Exhibit A at ¶12.

13.    The Plaintiffs allege that their damages exceed $50,000 in the "Wherefore" clauses of Counts I and II, together with interest and costs.  <u>See</u> Exhibit A.

14.    Based upon the allegations set forth in the Complaint, the amount in controversy in this action is believed to be in excess of $75,000, exclusive of interest and costs.

15.    This Honorable Court has original jurisdiction over this Civil Action pursuant to 28 U.S.C. § 1332, based upon diversity of citizenship and allowance in controversy, and thus removal is proper, pursuant to 28 U.S.C. § 1441.

16.    The present lawsuit is accordingly removable from state court to this court, pursuant to 28 U.S.C. § 1441 and §1446.

17.    This Notice of Removal has been filed within thirty (30) days after receipt by Defendant of the Complaint.

18.    Contemporaneously with the filing of this notice, and in accordance with 28 U.S.C. § 1446(d), a copy of this notice will be served in all other parties or their counsel and notice of filing of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia, Pennsylvania, after filing with this court and the assignment of the civil action number.

**WHEREFORE**, Defendant, Sotherly Hotels, Inc. respectfully requests that this Court remove this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania Court.

**MARSHALL DENNEHEY P.C.**

BY: _____

DATE:  4/9/2025

Claire B. Ventola, Esquire
Attorney ID. No. 205752
Attorney for Defendant,
Sotherly Hotels, Inc.
2000 Market Street, Suite 2300
Philadelphia, PA  19103
215-575-2789 (O)
cbventola@mdwcg.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Christian Eyler and Margaret Eyler | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Sotherly Hotels, Inc. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, in its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (✓)

| | | |
|---|---|---|
| *Claire B. Ventola* | Claire B. Ventola | Sotherly Hotels, Inc. |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-575-2789 | 245-575-0856 | cbventola@mdwcg.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## <u>CASE MANAGEMENT TRACK DESIGNATION FORM</u>

| | | |
|---|---|---|
| Christian Eyler and Margaret Eyler | : | CIVIL ACTION |
| v. | : | |
| Sotherly Hotels, Inc. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, in its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (✓)

| | | |
|---|---|---|
| *Claire B. Ventola* (signature) | Claire B. Ventola | Sotherly Hotels, Inc. |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-575-2789 | 245-575-0856 | cbventola@mdwcg.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN EYLER and MARGARET EYLER | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | |
| SOTHERLY HOTELS, INC., et al. | : | |
| Defendants. | : | |
| CHRISTIAN EYLER and MARGARET EYLER | : | COURT OF COMMON PLEAS |
| Plaintiffs, | : | PHILADELPHIA COUNTY |
| v. | : | |
| | : | DECEMBER TERM, 2024 |
| SOTHERLY HOTELS, INC. | : | |
| Defendant. | : | No.  00749 |

## <u>CERTIFICATE OF SERVICE</u>

I, Claire B. Ventola, Esquire, Attorney for the Defendant in the above action, certify that I

served a true and correct copy of the foregoing Notice of Removal served this date, via electronic

mail and  United States first class mail, to the following:

Donald B. Hoyt, Esquire
MPL Law Firm LLP
96 South George Street, Suite 520
York, PA  17401
dhoyt@mpl-law.com
Attorney for Plaintiffs

Paul D. Bekman, Esquire
Bekman, Marder, Hopper, Malarkey and
Perlin,  LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
bekman@mdtrialfirm.com
Attorney for Plaintiffs

**MARSHALL DENNEHEY, P.C.**

BY:  _____

DATE:  4/9/2025

Claire B. Ventola, Esquire
Attorney Id. No.:  205752
Attorney for Defendant,
Sotherly Hotels, Inc.
2000 Market Street, Suite 2300
Philadelphia, PA  19103
215-575-2789 (P)
cbventola@mdwcg.com

# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
| --- |
| **DECEMBER 2024**     **00749** |
| E-Filing Number: 2412008675 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| CHRISTIAN EYLER | DOUBLETREE BY HILTON PHILADELPHIA AIRPORT |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| 11831 SOUTH BAYPORT LANE<br>FORT MYERS FL 33908 | 4509 ISLAND AVENUE<br>PHILADELPHIA PA 19153 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| MARGARET EYLER | SOTHERLY HOTELS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| 11831 SOUTH BAYPORT LANE<br>FORT MYERS FL 33908 | C/OCORPORATION SERVICE COMPANY 100 SHOCKOE SLIP<br>FL 2<br>RICHMOND VA 23219 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| | CHESAPEAKE HOSPITALITY IV, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| | C/O COGENCY GLOBAL, INC. 250 BROWNS HILL COURT<br>MIDLOTHIAN VA 23114 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
| --- | --- | --- |
| 2 | 7 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
| --- | --- | --- | --- |
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce    ☐ Settlement<br>☐ Minor Court Appeal    ☐ Minors<br>☐ Statutory Appeals    ☐ W/D/Survival |

| CASE TYPE AND CODE |
| --- |
| 2S - PREMISES LIABILITY SLIP/FALL |

| STATUTORY BASIS FOR CAUSE OF ACTION |
| --- |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES      NO |
| --- | --- |

**FILED**
**PRO PROTHY**

DEC **05** 2024

**L. BREWINGTON**

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>CHRISTIAN EYLER , MARGARET EYLER</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
| --- | --- |
| DONALD B. HOYT | 96 SOUTH GEORGE STREET<br>SUITE 520<br>YORK PA 17401 |

| PHONE NUMBER | FAX NUMBER |
| --- | --- |
| (717)845-1524 | (717)854-6999 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| --- | --- |
| 18061 | dhoyt@mpl-law.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
| --- | --- |
| DONALD HOYT | Thursday, December 05, 2024, 11:40 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

    1. DOUBLETREE BY HILTON PHILADELPHIA AIRPORT
        4509 ISLAND AVENUE
        PHILADELPHIA PA 19153
    2. SOTHERLY HOTELS, INC.
        C/OCORPORATION SERVICE COMPANY 100 SHOCKOE SLIP FL 2
        RICHMOND VA 23219
    3. CHESAPEAKE HOSPITALITY IV, LLC
        C/O COGENCY GLOBAL, INC. 250 BROWNS HILL COURT
        MIDLOTHIAN VA 23114
    4. REMINGTON HOSPITALITY
        C/OCORPORATION SERVICE COMPANY DBA CSC- LAWYERS INCO. 701 BRAZOS, SUITE 1050
        AUSTIN TX 78701
    5. ASHFORD INC.
        C/OCORPORATION SERVICE COMPANY DBA CSC- LAWYERS INCO. 211 EAST 7TH STREET
SUITE 620
        AUSTIN TX 78701
    6. MHI HOSPITALITY TRS, LLC
        6411 IVY LANE
        GREENBELT MD 20770
    7. DONALD BRADLEY
        4509 ISLAND AVENUE
        PHILADELPHIA PA 19153



CHRISTIAN EYLER and
MARGARET EYLER

                Plaintiffs,

                vs.

DOUBLETREE BY HILTON
PHILADELPHIA AIRPORT
4509 Island Avenue
Philadelphia, PA 19153

and

SOTHERLY HOTELS, INC.
c/o Corporation Service Company
100 Shockoe Slip, FL 2
Richmond, VA 23219

and

CHESAPEAKE HOSPITALITY IV, LLC
c/o Cogency Global, Inc.
250 Browns Hill Court
Midlothian, VA 23114

and

REMINGTON HOSPITALITY
c/o Corporation Service Company DBA
CSC-Lawyers Inco.
701 Brazos, Suite 1050
Austin, TX 78701

and

Ashford Inc.
c/o Corporation Service Company DBA
CSC-Lawyers Inco.
211 East 7th Street, Suite 620
Austin, TX 78701

and

DONALD BRADLEY,
4509 Island Avenue
Philadelphia, PA 19153

and

MHI HOSPITALITY TRS, LLC
6411 Ivy Lane
Greenbelt, MD 20770
              Defendants

: IN THE COURT OF COMMON PLEAS
: PHILADELPHIA COUNTY, PENNSYLVANIA
:
:
:
: NO.
:
:
:
:
: JURY TRIAL DEMANDED
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:



Case ID: 241200749

## PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY OF SAID COURT:

      Issue summons in civil action-law in the above captioned action.

      _X_  Writ of Summons shall be issued and forwarded to Donald B. Hoyt, Esquire.

**MPL Law Firm, LLP**

Dated: _July 5, 2024_          By: _____

                            Donald B. Hoyt, Esquire (PA I.D. No. 18061)
                            MPL LAW FIRM LLP
                            96 South George Street, Suite 520
                            York, PA 17401
                            Telephone: (717) 845-1524
                            Facsimile: (717) 854-6999
                            Email: dhoyt@mpl-law.com

      I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.



Case ID: 241200749

CHRISTIAN EYLER and
MARGARET EYLER

                Plaintiffs,

               vs.

DOUBLETREE BY HILTON
PHILADELPHIA AIRPORT
4509 Island Avenue
Philadelphia, PA 19153

and

SOTHERLY HOTELS, INC.
c/o Corporation Service Company
100 Shockoe Slip, FL 2
Richmond, VA 23219

and

CHESAPEAKE HOSPITALITY IV, LLC
c/o Cogency Global, Inc.
250 Browns Hill Court
Midlothian, VA 23114

and

REMINGTON HOSPITALITY
c/o Corporation Service Company DBA
CSC-Lawyers Inco.
701 Brazos, Suite 1050
Austin, TX 78701

and

Ashford Inc.
c/o  Corporation Service Company DBA
CSC-Lawyers Inco.
211 East 7th Street, Suite 620
Austin, TX 78701

and

DONALD BRADLEY,
4509 Island Avenue
Philadelphia, PA 19153

and

MHI HOSPITALITY TRS, LLC
6411 Ivy Lane
Greenbelt, MD 20770
               Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

NO.


JURY TRIAL DEMANDED



Case ID: 241200749

## **WRIT OF SUMMONS**

TO THE DEFENDANT, SOTHERLY HOTELS, INC.:

     YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

                                        _____

                                                      Prothonotary

Date:_____        _____

                                                       Deputy

( ) Check here if reverse is issued for additional information.



Case ID: 241200749



US POSTAGE IMI PITNEY BOWES

$ 009.920

ZIP 17401
02 7H
0006217171

DEC 13 2024

FIRST-CLASS

CERTIFIED MAIL®

7022 2410 0000 1421 0493

MPD LAW FIRM

96 South George Street
Suite 520
York, PA 17401

Sotherly Hotels, Inc.
c/o Corporation Service Company
100 Shockoe Slip, FL 2
Richmond, VA 23219

EXHIBIT B

41549.00130.0D96

**MARSHALL DENNEHEY, P.C.**
By: CLAIRE B. VENTOLA, ESQUIRE
Identification No.: 205752
2000 Market Street, Suite 2300
Philadelphia, PA  19103
215-575-2600
cbventola@mdwcg.com



Attorney for Defendant
Sotherly Hotels, Inc.

---

| CHRISTIAN EYLER and MARGARET EYLER | : | COURT OF COMMON PLEAS |
|---|---|---|
| | : | PHILADELPHIA COUNTY |
| Plaintiffs, | : | |
| | : | DECEMBER TERM, 2024 |
| v. | : | |
| | : | NO. 00749 |
| SOTHERLY HOTELS, INC., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### PRAECIPE FOR RULE TO FILE COMPLAINT

Kindly enter a Rule upon Plaintiff to file a Complaint in the above-captioned matter within twenty (20) days hereof or suffer the entry of a Judgment of Non-Pros.

MARSHALL DENNEHEY P.C.

BY: _____

DATE:  1/30/2024

Claire B. Ventola, Esquire
Attorney for Defendant,
Sotherly Hotels, Inc.

### RULE TO FILE COMPLAINT

AND NOW, this _____ day of _____, 2025, a Rule is entered upon Plaintiff pursuant to Pennsylvania Rule of Civil Procedure 1037 to file a Complaint in the above matter within twenty (20) days from the service of this Rule or suffer Judgment of Non Pros.

_____
Prothonotary

Case ID: 241200749

# EXHIBIT C

| | | |
|---|---|---|
| CHRISTIAN EYLER and MARGARET EYLER, | : | COURT OF COMMON PLEAS |
| As Husband and Wife | : | |
| 11831 South Bayport Lane, Unit 603 | : | PHILADELPHIA COUNTY |
| Fort Myers, FL 33908 | : | |
| | : | |
| Plaintiffs | : | DECEMBER TERM, 2024 |
| | : | |
| v. | : | NO. 00749 |
| | : | |
| SOTHERLY HOTELS, INC. | : | |
| d/b/a DoubleTree by Hilton | : | JURY TRIAL DEMANDED |
| 306 South Henry Street, Suite 100 | : | |
| Williamsburg, VA 23185 | : | |
| | : | |
| Defendant | : | |
| | : | |

## **COMPLAINT**

NOW COMES, Plaintiffs, Christian Eyler and Margaret Eyler, as husband and wife, by Donald B. Hoyt, of MPL Law Firm, LLP, Paul D. Bekman and Bekman, Marder, Hopper, Malarkey & Perlin, LLC, *pro hac vice*, and file the within Complaint against the Defendant, Sotherly Hotels, Inc., as follows:

1.     The Plaintiffs are Christian Eyler and Margaret Eyler, adult individuals, residing at 11831 South Bayport Lane, Unit 603, Fort Myers, Florida 33908.

2.     The Defendant, Sotherly Hotels, Inc., is a Maryland Corporation whose principal place of business is in Williamsburg, Virginia. At all relevant times, Sotherly Hotels, Inc., was and is doing business in the Commonwealth of Pennsylvania, and it was and is transacting business and carrying on regular business in Philadelphia, Pennsylvania.

1

3.    The Plaintiff believes and therefore avers that the Defendant expressly assumed or by operation of law, assumed the liabilities of the DoubleTree by Hilton Philadelphia Airport located at 4509 Island Avenue, Philadelphia, Pennsylvania.

4.    Jurisdiction and venue are proper in Philadelphia County, Pennsylvania because the incident giving rise to the current dispute took place in Philadelphia County.

## COUNT I

5.    Paragraphs 1-4 of this Complaint are hereby incorporated by reference.

6.    At all times hereinafter mentioned, the Defendant owned, managed, operated, and controlled Doubletree by Hilton Philadelphia Airport located at 4509 Island Avenue, Philadelphia, Pennsylvania [hereinafter referred to as the DoubleTree by Hilton].

7.    The Defendant retained exclusive ownership, possession, management, control and supervision of and over the DoubleTree by Hilton.

8.    It was the duty of the Defendant to maintain and repair said premises in a reasonable and safe condition fit for public travel and use or, in the alternative, to provide reasonable and adequate warnings and notice of the unsafe condition.

9.    On December 8, 2022, Plaintiff, Christian Eyler, stepped into the bathroom and turned on the light, lost his footing, falling to the floor of the bathroom and realized he was lying in a pool of water.  Plaintiff noticed water was coming through the light fixture and further the ceiling was coming apart as there was water coming through.  Plaintiff sustained serious injuries from slipping and falling on the water on the bathroom floor.

10.    Said Defendant, through its agent(s), servant(s), and employee(s), knew or should have known of the unsafe, hazardous, and dangerous condition of the water leakage, but

2

negligently failed to eliminate said danger or to warn the Plaintiff and others of the existence of the condition.

11.    That said Defendant, through its agent(s), servant(s), and/or employee(s), contrary to and in violation of the aforesaid duty, were negligent and careless in that they:

a.    permitted said premises to be and remain in an unsafe and dangerous condition for persons visiting the hotel;

b.    failed to correct the unsafe, dangerous, and hazardous condition;

c.    failed to warn persons, including the Plaintiff, of the unsafe, dangerous, and hazardous condition;

d.    failed to inspect the hotel for unsafe, dangerous, and hazardous conditions, and in particular, the water leakage; and

12.    As a direct result of the Defendant's negligence, the Plaintiff, Christian Eyler, was proximately caused to sustain serious, painful and permanent injuries to his person, including his back, neck, both hips, right shoulder, right wrist, right knee and right thumb, severe shock to his nerves and nervous system, great mental and emotional suffering and anguish, and other injuries; whereby he was obliged to receive medical treatment for which expenses were and will continue to be incurred in the future and was and will be prevented from engaging in his usual employments, activities and pursuits and was otherwise injured and damaged.

13.    Plaintiff, Christian Eyler, states that all of the injuries were caused solely by the action of the Defendant without any action on the part of the Plaintiff thereunto contributing.

WHEREFORE, the Plaintiff, Christian Eyler, claims damages in an amount exceeding $50,000.00 against the Defendant, Sotherly Hotels, Inc., to be determined by a jury, with all

interest and costs to be paid by the Defendant.

## COUNT II

14.    Plaintiffs, Christian Eyler and Margaret Eyler, as husband and wife, incorporate paragraphs 1 through 13 and adopt and incorporate by reference herein all of the allegations of fact, duty, negligence, injury and damage as are more fully set forth in Count I of this Complaint.

14.    At all pertinent times herein, the Plaintiffs were and still are husband and wife.

15.    The aforesaid negligence of the Defendant has caused the Plaintiffs loss of consortium and services and interference with and injury to their marital relationship.

16.    The Plaintiffs state that all of the damages, losses and injuries resulted directly from the negligence, carelessness, recklessness and wrongful acts and omissions of the Defendant without any negligence on the part of the Plaintiffs thereunto contributing.

WHEREFORE, the Plaintiffs, Christian Eyler and Margaret Eyler, as husband and wife, claim damages in an amount exceeding $50,000.00 against the Defendant, Sotherly Hotels, Inc., to be determined by a jury, with all interest and costs to be paid by the Defendant.

Dated: *March 19, 2025*

By: _____
Donald B. Hoyt, Esquire (PA I.D. No. 18061)
MPL LAW FIRM LLP
96 South George Street, Suite 520
York, PA  17401
Telephone:  (717) 845-1524
Facsimile:  (717) 854-6999
Email:  dhoyt@mpl-law.com

### CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by:  MPL Law Firm
Signature:  /s/ Donald B. Hoyt
Name:  Donald B. Hoyt
Attorney No. (if applicable):  18061

4

PAUL D. BEKMAN
Bekman, Marder, Hopper, Malarkey & Perlin, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633
bekman@mdtrialfirm.com
*Pro Hac Vice*

*Attorneys for Plaintiffs*

## VERIFICATION

We verify that the statements made in the foregoing are true and correct.  We understand that false statements herein are made subject to the penalties of 18 Pa. C. S. Section 4904 relating to unsworn falsification to authorities.


Dated: _3-18-2025_          _____
                            Christian Eyler


Dated: _3-18-2025_          _____
                            Margaret Eyler


6

**CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that on this _9th_ day of March, 2025, a true and correct copy of the foregoing **Complaint** was served email and/or US Postal delivery to the following:

Clair B. Ventola, Esquire
Marshall, Dennehey, Warner
Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
CBVentola@mdwcg.com

Dated: _March 19, 2025_            By: _____
Donald B. Hoyt, Esquire (PA I.D. No. 18061)
MPL LAW FIRM LLP
96 South George Street, Suite 520
York, PA 17401
Telephone: (717) 845-1524
Facsimile: (717) 854-6999
Email: dhoyt@mpl-law.com
*Attorney for Plaintiffs*

7